```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LEONARD CARR,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :     22 Civ. 10955 (JPC)
        -v-                                                      :
                                                                 :              ORDER
COULOMB & JOULE RISK MANAGEMENT, LLC                             :
and MCHUGHES ANOKWURU,                                           :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

At a conference on April 12, 2023, the Court ordered Plaintiff to submit a revised Settlement Agreement with a narrower release provision for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by April 26, 2023. That deadline has passed, and the docket does not reflect any response from Plaintiff. Accordingly, Plaintiff's deadline to submit a revised Settlement Agreement or a status letter as to settlement is adjourned to May 5, 2023.

SO ORDERED.

Dated: April 27, 2023
       New York, New York

                                            _____
                                            JOHN P. CRONAN
                                            United States District Judge